1  JAMES R. OLSON, ESQ.
   Nevada Bar No. 000116
2  STEPHANIE ZINNA, ESQ.
   Nevada Bar No. 011488
3  OLSON CANNON GORMLEY & STOBERSKI
   9950 West Cheyenne Avenue
4  Las Vegas, NV 89129
   jolson@ocgas.com
5  szinna@ocgas.com
   702-384-4012
6  702-383-0701 fax

7  Attorneys for Defendant
   *Dollar Tree Stores, Inc.*
8

9               UNITED STATES DISTRICT COURT

10                   DISTRICT OF NEVADA

11

| JOSETTE HARRISON | CASE NO. 2:23-cv-01025-NJK |
|---|---|
| Plaintiff, | ON REMOVAL FROM |
| vs. | NO. A-23-871733-C |
|  | CLARK COUNTY, NEVADA |
| DOLLAR TREE STORES, INC., a Foreign Corporation d/b/a Dollar Tree #2628; DOES I through X; and ROE CORPORATIONS I through X, inclusive | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| Defendant. |  |

Plaintiff JOSETTE HARRISON, by and through her counsel, MOSS BERG INJURY LAWYERS, and Defendant DOLLAR TREE STORE INC. by and through their counsel, OLSON CANNON GORMLEY & STOBERKSI, hereby stipulate and agree to the following:

/ / /

/ / /

/ / /

/ / /

1

IT IS STIPULATED AND AGREED by and between all parties, through their respective counsel, that Case No. 2:23-cv-01025-NJK be DISMISSED WITH PREJUDICE.

There is no pending jury trial set.

| | |
|---|---|
| DATED this 6th day of September, 2023. | DATED this 7th day of September, 2023. |
| MOSS BERG INJURY LAWYERS | OLSON CANNON GORMLEY & STOBERSKI |
| _____ | /s/ Stephanie Zinna, Esq. |
| MARCUS A. BERG, ESQ. | JAMES R. OLSON, ESQ. |
| Nevada Bar No. 9760 | Nevada Bar No. 000116 |
| JOHN C. FUNK, ESQ. | STEPHANIE ZINNA, ESQ. |
| Nevada Bar No. 9255 | Nevada Bar No. 11488 |
| 4101 Meadows Lane, Suite 110 | 9950 West Cheyenne Avenue |
| Las Vegas, NV 89107 | Las Vegas, NV 89129 |
| Attorneys for Plaintiff | Attorneys for Defendant |

### ORDER

IT IS SO ORDERED that JOSETTE HARRISON vs. DOLLAR TREE STORES, INC., Case No. 2:23-cv-01025-NJK be DISMISSED WITH PREJUDICE. The Clerk's Office is INSTRUCTED to close this case.

_____
Nancy J. Koppe
United States Magistrate Judge